Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ● NO     **DOCKET NUMBER:** [ ]

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs | SANDRA "SANDY" CANNON THRONEBURG

**COUNTY OF OFFENSE** : BURKE

**RELATED CASE INFORMATION** :

- *Magistrate Judge Case Number* :
- *Search Warrant Case Number* :
- *Miscellaneous Case Number* :
- *Rule 20b* :

**SERVICE OF PROCESS** : SUMMONS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty ○ Misdemeanor ● Felony

18 USC 1920

**JUVENILE:** ○ Yes ● No

**ASSISTANT U. S. ATTORNEY** : KENNETH SMITH

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving)