# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Sandra Throneburg

Case Number: 1:25CR

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | false statement or fraud to | n/a | 3 years, $250,000 fine or both, no more than 3 years |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?
* For 922(g) cases only          n/a

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?
* For drug cases only            n/a

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?    n/a
* 18 U.S.C. 924(c) only

Brandish
Discharge